UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
LUIS GARCIA,

                            Plaintiff,                                     19 **CIVIL** 3576 (GWG)

                -against-                                          **JUDGMENT**

ANDREW SAUL, Commissioner of
Social Security,

                            Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:**   That for the reasons set forth in the Court's Opinion and Order dated August 17, 2020, Garcia's motion for judgment on the pleadings is denied and the Commissioner's cross-motion for judgment on the pleadings is granted; accordingly, the case is closed.

**Dated:**  New York, New York
            August 17, 2020

                                                                       **RUBY J. KRAJICK**
                                                                         **Clerk of Court**
                                              BY:
                                                                        **Deputy Clerk**